IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JERRY P. JACKSON, | : | No. 16-3980 |
| *Defendant*. | : | |

## ORDER

**AND NOW**, this 18th day of November, 2016, upon consideration of Plaintiff's Request for Default Judgment and accompanying Affidavits (Doc. Nos. 6-7) and Defendant's failure to respond to Plaintiff's Request by the November 16, 2016 deadline set forth in the Court's October 26, 2016 Order (Doc. No. 9), it is hereby **ORDERED** that:

1. Plaintiff's Request for Default Judgment (Doc. No. 6) is **GRANTED**;

2. **JUDGMENT IS ENTERED** in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, and against Defendant, Jerry P. Jackson, in the amount of $20,801.64; and

3. Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE